# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 30, 2015

### NO.  03-14-00629-CV

**Los Fresnos Consolidated Independent School District and
Michael L. Williams, Commissioner of Education, Appellants**

**v.**

**Jorge Vazquez, Appellee**

**APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
REVERSED AND RENDERED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on September 3, 2014.  Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment.  Therefore, the Court reverses the trial court's judgment and renders judgment affirming the Commissioner of Education's order.  Jorge Vazquez shall pay all costs relating to this appeal, both in this Court and the court below.